UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAY WHITE,<br>　　　　Petitioner,<br>　　v.<br>RANDY GROUNDS, Warden,<br>　　　　Respondent. | No. C 12-3849 SI (pr)<br>**ORDER OF TRANSFER** |

Kenneth Ray White, an inmate at the Correctional Training Facility in Soledad, has filed a petition for writ of habeas corpus to challenge the sentence imposed upon his conviction in the Stanislaus County Superior Court. Stanislaus County lies within the venue of the Eastern District of California. The facility White is incarcerated at is in Monterey County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

1  This court has not ruled on the petitioner's *in forma pauperis* application and motion for appointment of counsel.

IT IS SO ORDERED.

DATED: October 3, 2012

_____
SUSAN ILLSTON
United States District Judge